UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JOHN SHINES, | CASE NO.: 3:16-CV-00528-RCJ-VPC |
| Plaintiff, | |
| v. | O R D E R |
| GARY HALL, | |
| Defendant. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 6) entered on August 3, 2017, in which the Magistrate Judge recommends the Court dismiss this action with prejudice based on Plaintiff's failure to file an amended complaint in compliance with this Court's June 12, 2017 Screening Order (ECF No. 3). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 6).

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Extend Time to Amend Complaint (ECF No. 7) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED this 22nd day of August, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE